UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIM. NO. 05-357 (RMU)** |
| | ) | **CRIM. NO. 05-356 (RMU)** |
| | ) | |
| **EDGAR FIELDS, et al.** | ) | |

### ORDER

This Court has considered the defendant's Motion to Re-Schedule the Status Hearing, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ of _____ , 2005,

ORDERED, that Defendants' Motion To Re-Schedule is hereby GRANTED, and it is

FURTHER ORDERED that the Status Hearing is re-scheduled to _____ , 2005, at _____ A.M. / P.M..

SO ORDERED.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT COURT

Copies to:
Howard B. Katzoff, Esq.
601 Indiana Ave., N.W. , Suite 500
Washington, D.C. 20004

AUSA Wanda Dixon
555 Fourth Street, N.W.
Washington, D.C. 20530

Jonathan Jeffress, Esq.
Office of the Federal Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004