UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
            v.                   :     Criminal Action No.: 05-0356 (RMU)
                                 :
EDGARD B. FIELDS                 :
                                 :
            Defendant(s).        :

**ORDER**

It is this 7th day of October 2005,

**ORDERED** that the status hearing in the above-captioned case scheduled for October 11, 2005 is hereby **VACATED** and **RESCHEDULED** for Tuesday, October 25, 2005 at 12:00.

**SO ORDERED.**

                                       _____
                                              Ricardo M. Urbina
                                         United States District Judge

FILED
OCT 7 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

