**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.: 05-356 (RMU)** |
| | : | |
| **EDGAR FIELDS,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

Based on the Government's Opposition to Defendant's Motion to Suppress Evidence and

Statements, and other reasons as developed at the hearing in this matter, the Defendant's motion

is hereby DENIED.

IT IS SO ORDERED.


Date:_____                    _____

                                          The Honorable Ricardo Urbina
                                          United States District Judge