UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
            v.                  :       Criminal Action No.: 05-0356 (RMU)
                                :
EDGARD B. FIELDS,               :
                                :
            Defendant(s).       :

**ORDER**

FILED
NOV 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this _10_ day of _November_ 2005,

**ORDERED** that a plea/status hearing in the above-captioned case shall take place on _Jan. 9 2006_ at _1:00_.

**SO ORDERED.**

                                        Ricardo M. Urbina
                                        United States District Judge