FILED

DEC 1 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0357 (RMU) |
| | : | 05-0356 (RMU) — File |
| EDGARD B. FIELDS | : | |
| | : | |
| Defendant(s). | : | |

### ORDER

It is this 1st day of December 2005,

**ORDERED** that a hearing pursuant to 18 U.S.C. § 3148 shall take place on Tuesday, December 13, 2005 at 10:15 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge