WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: CR. 05-0356 | MAGIS. NO: 05-457M-01 |
| V. <br><br> EDGAR B. FIELDS | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br><br> FILED <br> DEC 20 2005 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR.

DEFENDANT FAILED TO APPEAR BEFORE JUDGE URBINA ON DECEMBER 13, 2005, AT 10:15 A.M. FOR A HEARING REGARDING VIOLATION OF CONDITION OF RELEASE.

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. 922(g)(1) | |
|---|---|---|
| BAIL FIXED BY COURT: <br> DEFENDANT TO BE HELD WITHOUT BOND | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY: <br> JUDGE RICARD M. URBINA | JUDGE/MAGISTRATE JUDGE | DATE ISSUED: <br> December 13, 2005 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: <br> December 13, 2005 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED <br> 12-13-05 | NAME AND TITLE OF ARRESTING OFFICER <br> Reporting <br> Fitzgerald, Derrick DUSM | SIGNATURE OF ARRESTING OFFICER <br> Reporting <br> Derrick Zpell |
|---|---|---|
| DATE EXECUTED <br> 12-20-05 | | |