UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
: 
v. : Criminal Action No.: __05-356__ (RMU)
:
__Edgard Fields__, :
:
Defendant(s). :

### CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this __9th__ day of __January__ 200__6__

**ORDERED** that the parties file all:

Pretrial Motions\Notices   on or before _____;

Oppositions   on or before __February 6, 2006__; and

Replies   on or before __February 9, 2006__; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _____, at _____; and

A motions hearing   on __Feb. 28, 2006__, at __10 AM__;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.