UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Crim. No. 05-356 (RMU) |
| EDGAR B. FIELDS, et al., | ) ) ) | Crim. No. 05-357 (RMU) |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of defendant's Motion for Bond Review, and finding good cause shown, it is this ___ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Mr. Edgar B. Fields shall be released from D.C. Jail **FORTHWITH**, and placed into the High Intensity Supervision Program at the direction of Pretrial Services.

_____
The Honorable Ricardo M. Urbina

Copies to:

    Jonathan Jeffress, FPD
    Wanda Dixon, AUSA
    U.S. Marshals
    Pretrial Services