UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Nos.: 05-356 (RMU)** |
| | : | **05-357 (RMU)** |
| **EDGAR B. FIELDS** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION TO RECONSIDER BOND

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, hereby submits its response to defendant's Motion to Reconsider Bond. In support of this pleading, the government makes the following representations:

1. Mr. Fields is before the Court charged separately with Possession of a Firearm by a Convicted Felon; and three counts of Distribution of cocaine base.

2. Mr. Fields was initially released after arraignment on his personal recognizance. On November 10, 2005, Mr. Fields was admonished that the conditions of his release included (among other things) no positive drug tests; maintenance of steady employment, and successful participation in New Directions drug treatment program. It came to the Court's attention that Mr. Fields missed several sessions of the New Directions program, and was in noncomplaince with his conditions of release. Mr. Fields failed to appear at a hearing on the violations of pretrial release held on December 13, 2005, and a bench warrant was issued for his arrest. Mr. Fields has been held since December 20, 2005.

3. Leontyne Fredericks, Pretrial Services Officer and Addictions Counselor, as well as other counselors from the Pretrial Services Agency, have been extremely helpful in lending expertise to

the assessment of the chances for success of defendants in these types of situations. Counsel for the government is not aware of whether Mr. Fields has been re-evaluated by the Pretrial Services Agency or accepted back into the New Directions Programs or the High Intensity Supervision Program since November of 2005. Consequently, government counsel would refrain from asserting a position on the propriety of Mr. Fields' request at this time, without additional current information as to the Agency's position on Mr. Fields. Government counsel would not be adverse to reviewing any current information provided regarding Mr. Fields at any scheduled hearing on the defendant's motion.

WHEREFORE, for these reasons and any other reasons as may appear to the Court at a hearing on this matter, the government does not oppose scheduling a hearing on this matter in order to develop and evaluation the current information with regard to Mr. Fields.

Respectfully submitted,

KENNETH L. WAINSTEIN.
UNITED STATES ATTORNEY

By: _____

 WANDA J. DIXON
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 Fourth Street, N.W., Room 4122
Washington, D.C. 20530
202/514-6997