UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 05-356 (RMU) Crim. No. 05-357 (RMU) |
| EDGAR B. FIELDS, et al., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT EDGAR FIELDS' SUPPLEMENT TO HIS MOTION
TO RECONSIDER DEFENDANT'S NO-BOND STATUS**

Mr. Edgar Fields, the defendant, through undersigned counsel, respectfully submits this Supplement to his Motion to Reconsider Defendant's No-Bond Status. Through this Supplement, counsel seeks to inform the Court of its communications with Ms. Fredericks of Pretrial Services with respect to Mr. Fields' release.

As stated in Mr. Fields' original motion, Mr. Fields was able to refrain from all drug use from the time of the November 11, 2005 status until he was stepped back on December 19, 2005. Prior to the November 11 status, Mr. Fields had tested positive for marijuana only. While this was clearly a serious violation of his conditions of release, it is generally thought that marijuana is not physically addictive in the manner of other drugs. Mr. Fields' ability to discontinue all use after the Court's admonition on November 11 bears this out.

Undersigned counsel and Ms. Fredericks spoke by telephone on February 1, 2006. Ms. Fredericks stated that although there would be issues surrounding Mr. Fields' re-entry into the New Directions Program, she did not oppose Mr. Fields release on general release conditions, including drug testing. General release conditions would place the responsibility for Mr. Fields

remaining drug-free on one person: Mr. Fields.

Based on counsel's communications with Mr. Fields at D.C. Jail and Mr. Fields' demonstrated ability to remain drug free, counsel believes that Mr. Fields is a strong candidate for release on general release conditions, to include regular drug testing. Mr. Fields fully understands that a single positive drug test–or any other violation of his release conditions–will result in prompt re-incarceration.

**WHEREFORE**, for the foregoing reasons, Mr. Fields respectfully moves this Honorable Court to release Mr. Fields pending trial under any conditions deemed appropriate by the Court and Pretrial Services.

Respectfully submitted,

_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20001
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | |
| v.       ) | Crim. No. 05-356 (RMU) |
| ) | Crim. No. 05-357 (RMU) |
| EDGAR B. FIELDS, et al.,       ) | |
| ) | |
| Defendant.       ) | |

**ORDER**

Upon consideration of defendant's motion, and finding good cause shown, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that a hearing on this motion is set down for _____,

2006, at _____ am/pm.


_____
The Honorable Ricardo M. Urbina

Copies to:

    Jonathan Jeffress, FPD
    Wanda Dixon, AUSA
    U.S. Marshals
    Pretrial Services