UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :     Criminal Action No.: 05-0356 (RMU) =File
                                  :     05-0357
EDGARD FIELDS                     :
                                  :     **FILED**
              Defendant(s).       :
                                        FEB 14 2006

**ORDER**                               NANCY MAYER WHITTINGTON, CLERK
                                        U.S. DISTRICT COURT

It is this 14th day of February 2006,

**ORDERED** that a hearing on the defendant's motion to reconsider bond conditions in the above-captioned case shall take place on Thursday, February 23, 2006 at 3:00 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge