UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-356 (RMU)** |
| | : | |
| **EDGAR B. FIELDS,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**JOINT MOTION TO CONTINUE MOTIONS HEARING**

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, along with Jonathan Jeffress on behalf of Edgar B. Fields jointly requests that the Court continue the motions hearing in this case scheduled for Tuesday, February 28, 2006 at 10:00. In support of this pleading, the parties make the following representations:

1. Mr. Fields is before the Court charged with Possession of a Handgun by a Convicted Felon.

2. The government is in plea negotiations with Mr. Jeffress on behalf or Fields about this case as well as another case that Mr. Fields has pending before this Court. The parties are hopeful that a resolution of these matters can be reached that does not involve a trial on the merits, and it does in fact appear that a disposition is imminent. Allowing the parties additional time to resolve the case before a pretrial statement is due will promote such a resolution. The parties are confident that a decision as to whether or not a resolution will occur will be made within the next three weeks.

3. Defense counsel for Mr. Fields is currently in trial before the Honorable Rosemary Collyer, in United States v. Jaron Brice. This trial is expected to last at least until Monday, February 27, 2006.

4.No trial date has been set in this case. If it pleases the Court, the parties would request that the motions hearing be continued to a date after March 23, 2006, or some other date that is convenient to the Court and the Parties. In consideration of this joint request, Mr Fields would agree to waive his rights under the Speedy Trial Act, and would ask the Court to find that the request best serves the interests and ends of justice, and outweighs the interests of the public and the defendants in a speedy trial.

WHEREFORE, for these reasons and any other reasons as may appear to the Court, the parties request that the Court continue the motions hearing in this case from February 28, 2006 to a convenient date after March 23, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN.
UNITED STATES ATTORNEY


By: _____
 WANDA J. DIXON
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 Fourth Street, N.W., Room 4122
Washington, D.C. 20530
202/514-6997