UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No.: 05-356 (RMU)** |
| : | |
| **EDGAR B. FIELDS,** : | |
| : | |
| **Defendant.** : | |

## ORDER

After consideration of the parties' joint motion to continue the motions hearing, the Court finds that the interests and ends of justice are best served and outweigh the interests of the public and the defendants in a speedy trial, and accordingly the motion is hereby GRANTED.

IT IS SO ORDERED.

_____                    _____
DATE                                                                                RICARDO M. URBINA
                                                                                             U.S. DISTRICT COURT JUDGE