UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :   Criminal Action No.: 05-0356 (RMU)
                                  :
EDGAR FIELDS                      :
                                  :
            Defendant(s).         :

**ORDER**

FILED
FEB 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 23rd day of February 2006,

**ORDERED** that the motions hearing in the above-captioned case scheduled for Tuesday, February 28, 2006 is hereby **VACATED**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge