UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
            v.                  :   Criminal Action No.: 05-0356 (RMU) — File
                                :                        05-0357
EDGAR FIELDS,                   :
                                :
            Defendant(s).       :

**FILED**
MAR 2 – 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is this __2__ day of __March__ 2006,

**ORDERED** that a __status__ hearing in the above-captioned case shall take place on __March 13, 2006__ at __1:45__.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge