UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
            v.                     :      Criminal Action No.: 05-356 *File* (RMU)
                                   :                            05-357
_Edgar Fields_          ,          :
                                   :
            Defendant(s).          :              **FILED**

### ORDER
                                                  MAR 1 3 2006

It is this _13th_ day of _March_ 2006,           NANCY MAYER WHITTINGTON, CLERK
                                                      U.S. DISTRICT COURT

ORDERED that a _plea_ hearing in the above-captioned case shall take place on _March 23, 2006_ at _10 am_.

SO ORDERED.

                                   _____
                                          Ricardo M. Urbina
                                     United States District Judge