UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. | 05-356 (RMU) |
| | : | | 05-357 (RMU) |
| | : | | |
| **v.** | : | | |
| | : | | |
| **EDGAR FIELDS** | : | | |
| | : | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Edward A. O'Connell at telephone number (202)514-6997. This is also notice of his appearance in this matter on behalf of the United States.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        Bar No. 451058

        _____

        EDWARD A. O'CONNELL
        Assistant United States Attorney
        Narcotics Section, Bar No. 460233
        555 4th Street, N.W.  #4122
        Washington, DC 20001
        (202)514-6997; Fax: 514-8707
        Edward.OConnell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2006, a copy of the foregoing Notice of Assignment and Appearance was electronically mailed to counsel for the defendant, Jonathan Jeffress, Federal Public Defender at jonathan_jeffress@fd.org.

        _____
        EDWARD A. O'CONNELL
        ASSISTANT UNITED STATES ATTORNEY