UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
           v.                   :   Criminal Action No.: 05-0356 (RMU)
                                :
EDGAR FIELDS,                   :
                                :
           Defendant.           :

**ORDER**

It is this 12th day of February 2007,

**ORDERED** that the sentencing in the above-captioned case scheduled for February 27, 2007 is hereby **VACATED** and **RESCHEDULED** for Thursday, March 1, 2007 at 11:00 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
FEB 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT