UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No.: 05-357 (RMU) |
| | : 05-356 (RMU) |
| EDGAR FIELDS | : |
| Defendant | : UNSEALED SEALED |

FILED
MAR 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSE:

The essential elements of the offense of Unlawful Distribution of a Controlled Substance, to wit Cocaine Base, also known as crack, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) are:

1. That the defendant distributed a controlled substance. "Distribute" means to transfer or attempt to transfer to another person. The government need not prove that the defendant received or expected to receive anything of value in return.;

2. That the defendant did so knowingly and intentionally;

See District of Columbia Criminal Jury Instruction 4.30 (1993) ("Red Book").

II.   FACTUAL PROFFER:

A copy of the factual proffer is attached.

III.   PENALTIES:

Pursuant to 841 (b)(1)(C), this charge carries a penalty of incarceration for not more than 20 years, a fine of up to $1,000,000, or both, along with a term of supervised release of at least 3 years.

The defendant agrees to pay a special assessment of $100 to the Clerk's Office for the United States District Court prior to the date of sentencing.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

WANDA J. DIXON
Assistant United States Attorney
Narcotics Section
555 4th Street, N.W. #4122
Washington, DC 20001
(202) 514-6997; Fax: 514-8707

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-357 (RMU) |
| | : | 05-356(RMU) |
| v. | : | |
| | : | |
| | : | |
| EDGAR FIELDS | : | |

## FACTUAL PROFFER

      This event occurred on August 25, 2005 at approximately 3:45pm in the area of the 3200 block of 13th Street, SE, Washington, DC.   An individual who was cooperating with law enforcement (hereinafter CW) drove into the area. The co-defendant, Damien Berry, approached the CW, and asked the CW what it had. The CW told him it had $80.00. The CW watched the defendant walk over and met with the defendant Edgar Fields, who was sitting on a wall. Fields then reached into his sock where he retrieved an object and gave it to the co-defendant, Berry. Berry then came back to the CW and gave it six rocks of suspected crack cocaine in exchange for the $80 given to him by the CW.

      The suspected crack cocaine was forwarded to the Drug Enforcement Administration's crime lab for analysis, the result of which indicated that the substance was cocaine base, also known as crack.

      Defendant Edgar Fields further acknowledges that in case number 05-356, on August 13, 2005, at Mississippi Avenue and 10th Place, SE Washington, DC, that he was in possession of a Glock 17 9mm semi-automatic pistol loaded with 17 rounds of ammunition, and that he possessed these items after having been convicted of a crime for which the potential penalty exceeds one year.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of Unlawful Distribution of Cocaine.

Respectfully submitted,
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Wanda J. Dixon
Assistant United States Attorney
Narcotics Section
555 4th Street, N.W. – Room 4122
Washington, D.C. 20001
(202) 514-6997

## DEFENDANT'S ACKNOWLEDGEMENT

I have read this factual proffer and have discussed it with my attorney, Jonathan Jeffress, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 3/23/06        _Edgar B. Fields_____
                     Edgar Fields

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 3/23/06        _____
                     Jonathan Jeffress, Esquire
                     Attorney for Edgar Fields

4