UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

UNITED STATES OF AMERICA　　:
　　　　　　　　　　　　　　:
　　　　　　v.　　　　　　　　: Criminal Action No.: 05-357 (RMU)
　　　　　　　　　　　　　　　 05-356 — File
Edgar Fields　　　　　　　　,　: **UNSEALED**
　　　　　　　　　　　　　　:
　　Defendant(s).　　　　　　:

**FILED**
MAR 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

It is this 23 day of March 2006,

ORDERED that a _Status_ hearing in the above-captioned case shall take place on August 21, 2006 at 11:00 am.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　United States District Judge