UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                             ) | UNSEALED |
|                         Plaintiff,              ) | |
|             v.                                          ) | Crim. No. 05-357 (RMU), *05-356* |
|                                                             ) | *SEALED* |
| EDGAR B. FIELDS, et al.,                ) | |
|                                                             ) | **FILED** |
|                         Defendant.         ) | |
|                                                             ) | AUG 17 2006 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

Upon consideration of defendant's [*Edgar B Fields*] Motion to Continue Status Hearing, and finding good cause shown, it is this *17th* day of *August*, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the status conference is continued until *Monday, November 6*, 2006 at *10:30* (am)/pm.

_____
The Honorable Ricardo M. Urbina

Copies to:

Jonathan Jeffress, FPD
Wanda Dixon, AUSA
Pretrial Services