UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 7 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
Plaintiff, )
v. ) Crim. No. 05-356 (RMU)
)
EDGAR B. FIELDS, et al., )
)
Defendant. )
)

## ORDER

Upon consideration of defendant's Motion to Vacate Progress Hearing, and finding good cause shown, it is this 7th day of March, 2008, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the March 10, 2008 Progress Hearing is **VACATED**.

The Honorable Ricardo M. Urbina

2